THE STATE OF OHIO, APPELLEE, *v.* CAMPBELL, APPELLANT.

[Cite as *State v. Campbell*, 135 Ohio St.3d 149, 2012-Ohio-6192.]

*Motion for reconsideration granted. Cause remanded for further proceedings consistent with* State v. Brunning *and* State v. Howard.

(No. 2012-1519—Submitted December 27, 2012—Decided December 31, 2012.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-110627, 2012-Ohio-3332.

_____

{¶ 1} The motion for reconsideration is granted. The discretionary appeal is accepted. The judgment of the court of appeals is reversed, and the cause is remanded to the appellate court for further proceedings consistent with this court's decisions in *State v. Brunning*, 134 Ohio St.3d 438, 2012-Ohio-5752, 983 N.E.2d 316, and *State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., dissents.

KENNEDY, J., not participating.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula E. Adams, Assistant Prosecuting Attorney, for appellee.

The Law Office of Steven R. Adams, Marguerite Slagle, and Steven R. Adams, for appellant.

_____